sion, First Department. June 22, 1912.) Action by Adolf H. Landeker against the Property Security Company and others. No opinion. Motion to dismiss appeal granted, without costs. Order filed.

LANGTON, Appellant, v. LANGTON et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Michael Langton against John Langton and others. No opinion. Judgment affirmed, with costs.

LATHROP v. MATHERS et al. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Appeal from Trial Term, New York County. Action by George A. Lathrop, Jr., against Joseph Mathers and others. From a judgment for plaintiff, and from an order denying a new trial, defendants appeal. Reversed, and new trial ordered. See, also, 143 App. Div. 376, 128 N. Y. Supp. 492. Abraham Gruber, of New York City, for appellants. Jonathan Deyo, of New York City, for respondent. PER CURIAM. We think that the court was in error in charging the jury as matter of law that there was a lack of probable cause for the arrest in question, and that upon the evidence it was a question for the jury to decide upon the facts existing at the time of the arrest as to whether or not there was a lack of probable cause. That question, therefore, should have been submitted to the jury. Judgment and order reversed, and new trial ordered, costs to appellant to abide event.

LATNER, Respondent, v. WEBER et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by Martin H. Latner against Alexander J. Weber and another. No opinion. Order of the County Court of Kings County affirmed, with costs.

In re LAWRENCE. (Supreme Court, Appellate Division, First Department. May 10, 1912.) In the matter of Julia C. Lawrence. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAWRENCE, Respondent, v. TOMPKINS COUNTY CO-OPERATIVE INS. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by Clark A. Lawrence against the Tompkins County Co-operative Insurance Company, impleaded with others. No opinion. Judgment and order affirmed, with costs.

LAWYER, Respondent, v. BARTON, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Edward Lawyer against Edwin Barton. No opinion. Judgment affirmed, with costs.

LAZARUS, Appellant, v. EISLER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Herman Lazarus, an infant, etc., against Antonio Eisler and another, copartners, etc. No opinion. Motion denied, with costs. See, also, 135 N. Y. Supp. 211.

LEAHY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Michael J. Leahy against the City of New York. C. Mellen, for appellant. T. Farley, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LEARY v. SANDBLOM. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Daniel J. Leary against Gus A. Sandblom. No opinion. Motion granted, on terms stated in opinion per curiam. Settle order on notice.

LEDDY, Appellant, v. LAKE SHORE & M. S. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by James Leddy, as administrator, etc., against the Lake Shore & Michigan Southern Railway Company. PER CURIAM. Judgment affirmed, with costs. KRUSE, J., not sitting.

LEE, Appellant, v. BROOKLYN UNION PUB. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Sedley E. Lee against the Brooklyn Union Publishing Company. PER CURIAM. Judgment and order affirmed, with costs. CARR and RICH, JJ., dissent.

LEE WILSON & CO., Appellant, v. STANDARD HARDWOOD LUMBER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by Lee Wilson & Co. against the Standard Hardwood Lumber Company. No opinion. Judgment and order affirmed, with costs.

LEHIGH VALLEY R. CO., Appellant, v. PARKER, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by the Lehigh Valley Railroad Company against Amasa J. Parker. PER CURIAM. Order affirmed, with costs. FOOTE, J., not sitting.

LEHMAIER et al., Respondents, v. BETTMAN–JOHNSON CO., Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Rachel Lehmaier